RECEIVED

SEP - 2 2010

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY   AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, : | |
| : | **ORDER COMPELLING RESPONSES** |
| Plaintiff, : | **TO DISCOVERY REQUESTS AND** |
| v. : | **AMENDING SCHEDULING ORDER** |
| : | |
| THE SYLVIA DIAMOND INSURANCE : | |
| TRUST, by and through : | CIVIL ACTION NO. 10-cv-1245 (GEB-DEA) |
| its trustee, ALAN RUBENSTEIN : | |
| : | |
| Defendant. : | |

WHEREAS, the Court conducted a telephonic conference with counsel for the parties on August 26, 2010, regarding Plaintiff's informal application to compel responses to certain discovery requests; and

WHEREAS, the Court finds that good cause exists for the entry of this Order;

IT IS HEREBY ORDERED,

1. Defendant shall respond to Plaintiff's (a) First Requests for Production, (b) First Requests for Admission, and (c) First Set of Interrogatories on or before September 15, 2010;

2. Sylvia Diamond shall comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued to her on July 13, 2010, on or before September 15, 2010;

3. David Kohn shall comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued to him on July 13, 2010, on or before September 15, 2010; and

4. The Pretrial Scheduling Order dated May 14, 2010, document 20, is hereby amended to provide as follows:

   a. the parties will complete all depositions of fact witnesses by November 30, 2010; and

   b. the telephonic status conference previously scheduled for September 15, 2010, will be adjourned until November 15, 2010, at 10:00 am (EST). The purpose of this status conference is to discuss the necessity of expert testimony in this case as well as the filing of any dispositive motions.

IT IS SO ORDERED:

Dated: 9/1/10

By: _____
Hon. Douglas E. Arpert
United States Magistrate Judge

2